

# Fourth Court of Appeals
## San Antonio, Texas

November 29, 2022

No. 04-22-00781-CR

**EX PARTE** Juan Raul **MARQUEZ SANCHEZ**,
Appellant

From the County Court, Kinney County, Texas
Trial Court No. 10382CR
Honorable Tully Shahan, Judge Presiding

# O R D E R

On November 21, 2022, the Kinney County District Clerk filed the clerk's record. However, the clerk's record does not contain the trial court's certification regarding Appellant's right to appeal.

We ORDER the trial court to complete and provide to the Kinney County District Clerk a certification regarding the defendant's right to appeal within TWENTY DAYS of the date of this order. *See* TEX. R. APP. P. 34.5(c)(2); *accord Cortez v. State*, 420 S.W.3d 803, 806 (Tex. Crim. App. 2013) ("Under subsection (c)(2), the appellate court may order the trial court to prepare and file the certification of the defendant's right of appeal, and the trial-court clerk must prepare and file in the appellate court a supplemental record containing the certification.").

The supplemental clerk's record must be filed in this court within THIRTY DAYS of the date of this order.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of November, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court